IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| KEITH T. SAYLOR )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>PINNACLE CREDIT SERVICES, LLC )<br>)<br>    Defendants. )<br>)<br>) | Civil Action No. 1:14CV1709 AJT/TCB |

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b)**
**(FEDERAL QUESTION)**

PLEASE TAKE NOTICE that Defendant Pinnacle Credit Services, LLC ("Defendant") hereby removes to this case from the state court action described below.

1. On or about November 3, 2014, the plaintiff commenced an action in the Circuit Court for Loudoun County, Virginia, entitled *Keith T. Saylor v. Pinnacle Credit Services, LLC,,* bearing Case Number 107CL0009078300. A copy of the summons and complaint, which consist of the papers filed in this case, is attached and marked as <u>Exhibit A</u>.

2. This Honorable Court has original jurisdiction of this action under 28 U.S.C. § 1331, and is one which may be removed to this Court by Defendant pursuant to 28 U.S.C. § 1441(b) in that it presents a federal question, i.e., in that Plaintiff alleges violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, et. seq. and the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681, et. seq.

3. Defendant was served on November 13, 2014 and this removal is timely pursuant to 28 U.S.C. § 1446(b).

1

4. To the best of the undersigned's knowledge, formed after reasonable inquiry, no other pleadings or documents, other than those attached as Exhibit A have been filed in this matter.

5. As required by 28 U.S.C. § 1446(d), Defendants will give notice of the filing of this notice to the Plaintiff and to the clerk of the Circuit Court for Loudoun County, Virginia, where the action is currently pending.

WHEREFORE, Defendant respectfully requests that the above captioned matter currently pending in the Circuit Court for Loudoun County, Virginia be removed to this Honorable Court.

THE LAW OFFICES OF RONALD S. CANTER, LLC

_____
Ronald S. Canter, Esquire, VSB #87187
Bradley T. Canter, Esquire, VSB #86766
200-A Monroe Street, #104
Rockville, Maryland 20850
E-Mail: rcanter@roncanterllc.com
E-Mail: bcanter@roncanterllc.com
Telephone: (301) 424-7490
*Attorneys for Defendant Pinnacle Credit Services, LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing Notice of Removal and related documents was served this 11TH day of December, 2014, by first class mail, postage prepaid to:

>Ernest P. Frances, Esquire
>ERNEST P. FRANCIS, LTD.
>505 Wythe Street
>Alexandria, Virginia 22314
>epfrancisltd@verizon.net
>*Attorney for Plaintiff*

_____
Ronald S. Canter, Esquire
*Attorneys for Defendant Pinnacle Credit Services, LLC*