

4701 Cox Road
Suite 285
Glen Allen, VA 23060

804.217.7255 tel
www.ctcorporation.com

February 02, 2015

Ronald S. Canter
The Law Offices of Ronald S. Canter, LLC
200 A Monroe Street,
Suite 104,
Rockville, MD 20850

RECEIVED MAILROOM

FEB - 6 2015

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Re: Keith T. Saylor. Pltf. vs. Pinnacle Credit Services, LLC, Dft. // To: Citibank, N.A.

Case No. 114CV1709

Dear Sir/Madam:

After checking our records and the records of the State of VA, it has been determined that C T Corporation System is not the registered agent for an entity by the name of Citibank, N.A..

CT was unable to forward.

Very truly yours,

C T Corporation System

Log# 526493948

Sent By Regular Mail

cc: Eastern District of Virginia - U.S. District Court
    600 Granby Street,
    Norfolk, VA 23510

(Returned To)

Ronald S. Canter
The Law Offices of Ronald S. Canter, LLC
200 A Monroe Street,
Suite 104,
Rockville, MD 20850



http://arrow.ctadvantage.com/SOP/SOP_RejectionLetter.aspx?WorksheetId=526493948&R...  2/2/2015