IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| KEITH SAYLOR, | ) | |
| Plaintiff | ) ) ) | |
| v. | ) ) | Civil Action No. 1:14-cv-1709-AJT-TCB |
| PINNACLE CREDIT SERVICES, LLC | ) ) | |
| Defendant. | ) ) ) | |

PLAINTIFF'S MOTION FOR DISMISSAL OF COUNT IV OF COMPLAINT

Pursuant to Fed. R. Civ. P. 41(a)(2) Plaintiff moves to dismiss Count IV of his complaint in this action without prejudice. Defendant, through its counsel, refuses to consent to the relief sought herein. A brief in support of this motion is submitted herewith pursuant to Local Rule 7(F).

Respectfully submitted


/s/Ernest P. Francis
Ernest P. Francis, VSB#27276
ERNEST P. FRANCIS, LTD.
505 Wythe Street
Alexandria, VA 22314
(703) 683-5696
Fax (703) 683-2785
E-mail: epfrancis@tristateconsumerlawyer.com

Attorney for Plaintiff

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that I will this 25th day of June, 2015, electronically file the foregoing Plaintiff's Motion for Dismissal of Count IV of Complaint with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to Ronald S. Canter, Esq., and Bradley T. Canter, Esq., at their office at The Law Offices of Ronald S. Canter, LLC, 200-A Monroe Street, No. 104, Rockville, MD 20850, through their e-mail addresses at rcanter@roncanterllc.com and bcanter@roncanterllc.com.

/s/Ernest P. Francis
Ernest P. Francis, VSB#27276
ERNEST P. FRANCIS, LTD.
505 Wythe Street
Alexandria, VA 22314
(703) 683-5696
Fax (703) 683-2785
E-mail: epfrancis@tristateconsumerlawyer.com

Attorney for Plaintiff